**UNITED STATES of America,**
**Plaintiff–Appellee**

v.

**Jorge OLVERA, also known as George Olvera, also known as George Ponce Olvera, also known as George Olbera, also known as Jorge Olevra, Defendant–Appellant.**

No. 09–20808
Summary Calendar.

United States Court of Appeals,
Fifth Circuit.

Dec. 1, 2010.

James Lee Turner, Assistant U.S. Attorney, U.S. Attorney's Office, Houston, TX, for Plaintiff–Appellee.

Jorge Olvera, Pollock, LA, pro se.

Before DAVIS, SMITH, and SOUTHWICK, Circuit Judges.

PER CURIAM: *

The attorney appointed to represent Jorge Olvera has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Olvera has filed a response. The record is insufficiently developed to allow consideration at this time of Olvera's claim of ineffective assistance of counsel; such a claim generally "cannot be resolved on direct appeal when the claim has not been raised before the district court since no opportunity ex- isted to develop the record on the merits of the allegations." *United States v. Cantwell,* 470 F.3d 1087, 1091 (5th Cir.2006) (internal quotation marks and citation omitted). Our independent review of the record, counsel's brief, and Olvera's response discloses no nonfrivolous issue for appeal. Accordingly, the motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5th Cir. R. 42.2.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.